CE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DR. G. NEIL GARRETT, DDS, P.C.<br>on behalf of itself and a class,<br><br>        Plaintiff,<br><br>v.<br><br>RAGLE DENTAL LABORATORY, INC.,<br>CADENT, INC.,<br>and JOHN DOES 1-10,<br><br>        Defendants. | 10 C 1315<br><br>Judge Bucklo<br><br>Magistrate Judge Cole |

**FINAL JUDGMENT OF DISMISSAL**

      Defendants Ragle Dental Laboratory, Inc. and Cadent, Inc. ("Defendants"), having settled with Plaintiff and the Settlement Class and the Court having entered its Order granting Final Approval of Settlement and Directing Entry of Judgment,

      IT IS HEREBY ORDERED AND DECREED that:

      1.    All claims of all members of the Settlement Class against Defendants, as defined in this Court's Final Approval Order are dismissed with prejudice;

      2.    All claims of the named plaintiff, Dr. G. Neil Garrett, DDS, P.C., against Defendants are dismissed with prejudice; and

      3.    All members of the Settlement Class, as defined in this Court's Final Approval Order, are bound by the Release of Claims set forth in the parties Settlement Agreement and are hereby permanently enjoined and restrained from filing or prosecuting any Released Claim as defined by the parties' Settlement Agreement.

      ENTERED AND SIGNED THIS 25th DAY OF May, 2012:

                                                                     Honorable Elaine E. Bucklo